# MEMORANDUM DECISIONS.

CALIFORNIA REDWOOD CO. v. LITLE. (Circuit Court of Appeals, Ninth Circuit. May 3, 1898.) No. 403. Appeal from the Circuit Court of the United States for the Northern District of California. Page, McCutchen & Eells, for appellant. Barclay Henley and S. V. Costello, for appellee. Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

HAWLEY, District Judge. This case presents substantially the same questions that were involved in Mortgage Co. v. Hopper, 12 C. C. A. 293, 64 Fed. 553, 559. We are asked to review the question relative to the rights of bona fide purchasers, for value, before the issuance of a patent. We adhere to the views expressed upon this point in the Hopper Case, repeated and followed by this court in Diller v. Hawley, 26 C. C. A. 514, 81 Fed. 651, 655; and, upon the principles therein announced, the judgment of the circuit court is affirmed, with costs.

CALIFORNIA REDWOOD CO. v. MAHAN. (Circuit Court of Appeals, Ninth Circuit. May 3, 1898.) No. 404. Appeal from the Circuit Court of the United States for the Northern District of California. Page, McCutchen & Eells, for appellant. Barclay Henley and S. V. Costello, for appellee. Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

HAWLEY, District Judge. This is a companion case to that of California Redwood Co. v. Litle, ubi supra; but the special point relied upon by appellant in this case is that the cancellation of the entry for fraud was made without notice to the claimant or parties interested. The facts are identical with those presented upon this point in Mortgage Co. v. Hopper, 12 C. C. A. 293, 64 Fed. 553, 556; and, upon the principles announced in that case and the authorities there cited, the judgment of the circuit court is affirmed, with costs.

CALDWELL et al. v. ALLEN et al. (Circuit Court of Appeals, Fifth Circuit. May 21, 1898.) No. 726. In Error to the Circuit Court of the United States for the Northern District of Alabama. Caldwell & Johnston, in pro. per. Cabiness & Weakley, for defendants in error. Dismissed, per stipulation.

CARTTER et al. v. JACKSONVILLE & K. W. RY. CO. (Circuit Court of Appeals, Fifth Circuit. May 21, 1898.) No. 700. Appeal from the Circuit Court of the United States for the Southern District of Florida. Stephen E. Foster, for appellant. T. M. Day, Jr., J. C. Cooper, and R. H. Liggitt, for appellees. Dismissed, per stipulation of counsel.